IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THEDA RUSCH BALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-1129 |
| ) | Judge Haynes |
| COMMUNITY HEALTH SYSTEMS, INC., ) | |
| COMMUNITY HEALTH SYSTEMS ) | |
| PROFESSIONAL CORP., ) | |
| LEXINGTON HOME CARE SERVICES, LLC ) | |
| d/b/a REGIONAL HOME CARE, MCKENZIE, ) | |
| COMMUNITY HEALTH UNITED HOME ) | |
| CARE, LLC, ) | |
| ) | |
| Defendants. ) | |

[handwritten: The motion is GRANTED. William [signature] 6-26-14]

## COMMUNITY HEALTH SYSTEMS, INC. AND COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO LEXINGTON HOME CARE SERVICE LLC'S MOTION TO CHANGE TRANSFER

Pursuant to Local Rule 7.01(b), Separate Defendants Community Health Systems, Inc. ("CHSI") and Community Health Systems Professional Services Corporation ("CHSPSC") move this Court for leave to file their Reply to Plaintiff's Response in Opposition to Lexington Home Care Services, LLC's ("LHCS") Motion to Transfer ("Plaintiff's Response"). A copy of CHSI and CHSPSC's proposed Reply is attached as Exhibit 1. CHSI and CHSPSC submit that a Reply is necessary in this instance for purposes of addressing certain misleading statements regarding both CHSI and CHSPSC in Plaintiff's Response. The record should be made clear that all defendants in this case are separate and distinct entities rather than one overarching company named "CHS" as Plaintiff would imply. CHSI and CHSPSC clarify the record with their proposed Reply, supported by the Declaration of Ben Fordham, also attached to the proposed Reply.